# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lehman, Brandi L | Docket No. | 0980 2:17CR00128-RMP-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandi L. Lehman, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 8th day of September 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested positive for the presence of amphetamine, methamphetamine, and marijuana on September 8, 2017.

**Violation #2:** The defendant tested positive for the presence of marijuana on September 14, 2017.

**Violation #3:** The defendant tested positive for the presence of amphetamine, methamphetamine, and marijuana on September 20, 2017.

**Violation #4:** The defendant tested positive for the presence of marijuana on October 2, 2017.

**PRAYING THAT THE COURT WILL MODIFY CONDITIONS OF RELEASE**

**The defendant shall participate in a mental health evaluation and participate in any recommended treatment.**

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: October 12, 2017 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Modify conditions of pretrial release.

_____
Signature of Judicial Officer

_October 12, 2017_
Date