# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Lehman, Brandi L. | Docket No. | 2:17CR00128-RMP-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandi L. Lehman, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 8th day of September 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested positive for the presence of marijuana on October 26, 2017.

**Violation #2:** The defendant tested positive for the presence of marijuana on November 1, 2017.

**PRAYING THAT THE COURT WILL TAKE NO FURTHER ACTION**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 11/28/2017

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Modify conditions of pretrial release.

Signature of Judicial Officer

11/28/2017

Date