FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDI L. LEHMAN,<br><br>Defendant. | No. 2:17-CR-00128-RMP-2<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 261)** |

Before the Court is Defendant's Motion to Temporarily Modify Order Setting Conditions of Release (Unopposed). ECF No. 261. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 261 at 2.

Specifically, Defendant requests permission to travel outside the Eastern District of Washington to Post Falls, Idaho to spend the night with her father from December 1-2, 2017 in order to introduce him to her newborn baby. Defendant does not explain why her father cannot come to Spokane.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 261**, is **GRANTED**. Defendant is permitted to travel to Post Falls, Idaho from December 1-2, 2017. Defendant shall provide Pretrial Services the address and contact information of the landlord where she will reside and a telephone number where she may be contacted at any time.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 30, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE