<table>
<tr><td>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDI L. LEHMAN,<br><br>Defendant.</td><td>No. 2:17-CR-00128-RMP-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED<br>(ECF No. 300)**</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

Before the Court is Defendant's Motion to Modify Order Setting Conditions of Release (Unopposed). ECF No. 300. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 300 at 2.

Specifically, Defendant requests permission modify Condition of Release No. 14, ECF No. 152, to allow her to travel outside the Eastern District of Washington to Post Falls, Idaho in order to visit her father who resides there. The Court notes that Defendant has visited her father in Post Falls, Idaho before, and returned to the District, without incident. ECF No. 265.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 300**, is **GRANTED**. Defendant's Condition of Release No. 14 is modified as follows:

**(14)** Defendant shall remain in the Eastern District of Washington or Post Falls, Idaho, or en route between, while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 21, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2